UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KANEKA MARIE D. MURRAY,

               Plaintiff,

      v.

KING COUNTY,

               Defendant.

CASE NO. 2:25-cv-00600-RSL

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY

This matter comes before the Court on "Defendant King County's Motion to Compel Discovery." Dkt. 47. Despite requesting and receiving extensions of time in which to respond to the discovery propounded by defendant in September 2025, plaintiff has not responded, has failed to participate in a scheduled meet and confer, and has failed to answer or otherwise acknowledge defendant's phone calls and emails. The motion to compel is unopposed and is therefore considered as an admission that the motion has merit. LCR 7(b)(2).

Having reviewed defendant's submissions and the remainder of the record, the Court finds as follows:

1. Plaintiff shall, within twenty-one days of the date of this Order, respond to defendant's interrogatories, requests for production, and requests for admission (Dkt. 48 at 6-61) and complete and return the employment and medical record authorizations (Dkt. 48

ORDER GRANTING DEFENDANT'S MOTION TO
COMPEL DISCOVERY - 1

at 62-72). All objections have been waived. In responding to the requests for admissions, if a matter is not admitted or denied outright, plaintiff must state in detail which part of the request is admitted and which part is denied. Fed. R. Civ. P. 36(a)(4).

2. Plaintiff's failure to respond to discovery after repeatedly seeking and obtaining extensions of time and her failure to participate in a scheduled meet and confer are unexplained and would seem to warrant an award of fees under Fed. R. Civ. P. 37(a)(5)(A). Plaintiff's pro se status and the fact that this dispute came to a head over the winter holidays counsels against an award at this juncture, however. Defendant's request for an award of fees is taken under advisement. If plaintiff fails to provide the information and documents set forth in the preceding paragraph within twenty-one days of the date of this Order, defendant is invited to submit a statement of and supporting evidence regarding the reasonable expenses incurred in making this motion, including attorney's fees.

For all of the foregoing reasons, defendant's motion to compel is GRANTED and its motion for an award of fees is taken under advisement.

Dated this 3rd day of February, 2026.

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO
COMPEL DISCOVERY - 2