The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KANEKA MARIE D. MURRAY,

    Plaintiff,

v.

KING COUNTY,

    Defendant.

NO. 2:25-CV-600-RSL

**ORDER GRANTING
DEFENDANT'S FRCP 41(b)
MOTION TO DISMISS FOR
FAILURE TO PROSECUTE**

This matter comes before the Court on defendant's "FRCP 41(b) Motion to Dismiss for Failure to Prosecute." Dkt. 55. Plaintiff did not respond to the motion. Under Local Civil Rule 7(b)(2), plaintiff's failure to respond may be considered by the Court as an admission that the motion has merit.

Federal Rule of Civil Procedure 41(b) authorizes dismissal where a plaintiff fails to prosecute her case or fails to comply with the Federal Rules of Civil Procedure or a court

ORDER GRANTING DEFENDANT'S FRCP 41(B) MOTION TO DISMISS FOR
FAILURE TO PROSECUTE

- 1

order. In determining whether dismissal is appropriate, courts consider: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).

Those factors support dismissal here. Plaintiff has failed to participate in discovery, failed to comply with the Court's February 3, 2026 order compelling discovery responses, failed to pay the attorney's fees awarded in the Court's March 26, 2026 order, failed to respond to the Court's order to show cause, and failed to respond to the instant motion to dismiss. The docket reflects that plaintiff last participated in this lawsuit in October 2025, when she filed a fourth amended complaint. Dkt. 45. This case cannot proceed while plaintiff declines to participate in it, and her continued noncompliance prevents defendant from completing discovery and preparing its defense. Although public policy generally favors disposition on the merits, that factor is outweighed here by plaintiff's abandonment of the case and her repeated failure to comply with the Court's orders. The Court has already attempted less drastic measures, including compelling discovery, awarding fees, and issuing an order to show cause. Those measures have not secured plaintiff's participation.

ORDER GRANTING DEFENDANT'S FRCP 41(B) MOTION TO DISMISS FOR FAILURE TO PROSECUTE

- 2

For the foregoing reasons, defendant's motion to dismiss for failure to prosecute, Dkt. 55, is GRANTED. This action is DISMISSED with prejudice. The Clerk of the Court is directed to enter judgment accordingly and close this case.

Dated this 30th day of June 2026.

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S FRCP 41(B) MOTION TO DISMISS FOR FAILURE TO PROSECUTE

- 3